

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08-1640M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| *Ronald Boyles* ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _S.D.N.Y._ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _PSH rpt factors @ pg. 6 ___

```
                                                                        
                                                                        
                                                                        
       and/or
B.    ( )   The defendant has not met his/her burden of establishing by
      clear and convincing evidence that he/she is not likely to pose
      a danger to the safety of any other person or the community if
      released under 18 U.S.C. § 3142(b) or (c). This finding is based
      on:_____
      _____
      _____
      _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/14/08

_____
UNITES STATES MAGISTRATE JUDGE